Tillett v Progressive Max Ins. Co. (2025 NY Slip Op 06434)

Tillett v Progressive Max Ins. Co.

2025 NY Slip Op 06434

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, NOWAK, AND KEANE, JJ.

774 CA 25-00614

[*1]LALORNA TILLETT, PLAINTIFF-RESPONDENT,
v
PROGRESSIVE MAX INSURANCE COMPANY, DEFENDANT-APPELLANT. 

LAW OFFICE OF JENNIFER S. ADAMS, WILLIAMSVILLE (PAUL G. HANSON OF COUNSEL), FOR DEFENDANT-APPELLANT. 
PARISI & BELLAVIA, LLP, ROCHESTER (TIMOTHY C. BELLAVIA OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Monroe County (James A. Vazzana, J.), entered October 31, 2024. The order, insofar as appealed from, denied that part of the motion of defendant seeking to dismiss the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: November 21, 2025
Ann Dillon Flynn
Clerk of the Court